UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-12845 |
| Paul W Hale | ) | |
| Donna M Hale | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

This matter coming before the Court on the debtor's motion to modify, the Court having jurisdiction and being advised in the premises, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED that the Debtor's plan is modified post-confirmation to check the first box in section 2.3 under income tax refunds listing that Debtors will retain any income tax refunds received during the plan term.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 03, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600